Argued and submitted October 2, affirmed November 4, 1992

In the Matter of the Compensation of
Esther C. Albertson, Claimant.

Esther C. ALBERTSON,
*Petitioner,*

*v.*

ASTORIA SEAFOOD CORPORATION
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB 91-00565; CA A74590)

839 P2d 288

Jan H. Faber, Astoria, argued the cause for petitioner. With him on the brief was Patrick Lavis, P.C., Astoria.

James D. McVittie, Appellate Counsel, Liberty Northwest Insurance Corporation, Portland, argued the cause and filed the brief for respondents.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Martinez v. Dallas Nursing Home,* 114 Or App 453, 836 P2d 147 (1992).